(Official Form 1) (12/03)

| FORM B1 | United States Bankruptcy Court<br>Eastern District of New York | Voluntary Petition |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Connect Tel Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all):<br>**11-3636958** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No. (if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**1575 50th Street**<br>**Brooklyn, NY 11219** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business: **Kings** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |

Location of Principal Assets of Business Debtor
(if different from street address above):

### Information Regarding the Debtor (Check the Applicable Boxes)

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7   ■ Chapter 11   ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9   ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business   ■ Business | ■ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)  THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 | 16-49 | 50-99 | 100-199 | 200-999 | 1000-over |
|---|---|---|---|---|---|---|
| | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

**(Official Form 1) (12/03)**

| | |
|---|---|
| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Connect Tel Inc.**      FORM B1, Page 2 |

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: **- None -** | Case Number: | Date Filed: |
|---|---|---|

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

## Signatures

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

**Signature of Attorney**

X **/s/ Mark Frankel 8417**
Signature of Attorney for Debtor(s)
**Mark Frankel 8417**
Printed Name of Attorney for Debtor(s)
**Backenroth Frankel & Krinsky, LLP**
Firm Name
**489 Fifh Avenue**
**New York, NY 10017**
Address
**212-593-1100  Fax: 212-644-0544**
Telephone Number
**May 10, 2004**
Date

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Avraham Liebler**
Signature of Authorized Individual
**Avraham Liebler**
Printed Name of Authorized Individual
**President**
Title of Authorized Individual
**May 10, 2004**
Date

**Exhibit A**

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

**Exhibit B**
(To be completed if debtor is an individual whose debts are primarily consumer debts)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)      Date

**Exhibit C**

Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

**Signature of Non-Attorney Petition Preparer**

I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

Form 4. LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

# United States Bankruptcy Court
## Eastern District of New York

In re **Connect Tel Inc.**, Case No. _____

Debtor

Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Admor's Officeworld INc.**<br>**1008 39th Street**<br>**Brooklyn, NY 11219** | **Admor's Officeworld INc.**<br>**1008 39th Street**<br>**Brooklyn, NY 11219** | | | 1,822.18 |
| **Aerobeep & Voicemail Serv**<br>**244 Fifth Avenue**<br>**Second Floor**<br>**New York, NY 10001** | **Aerobeep & Voicemail Serv**<br>**244 Fifth Avenue**<br>**Second Floor**<br>**New York, NY 10001** | | | 7,120.44 |
| **Cablevision Advertising**<br>**1111 Stewart Avenue**<br>**Bethpage, NY 11714** | **Cablevision Advertising**<br>**1111 Stewart Avenue**<br>**Bethpage, NY 11714** | | | 6,000.00 |
| **CacheQuest/Am Agencies**<br>**250 W. Center**<br>**Suite 320**<br>**Provo, UT 84601** | **CacheQuest/Am Agencies**<br>**250 W. Center**<br>**Suite 320**<br>**Provo, UT 84601** | | | 4,375.00 |
| **Dollar Phone Corp.**<br>**232 Broadway**<br>**Brooklyn, NY 11211** | **Dollar Phone Corp.**<br>**232 Broadway**<br>**Brooklyn, NY 11211** | | | 23,082.99 |

In re   **Connect Tel Inc.**                                         ,   Case No. _____
                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| EZP Inc.<br>20-D Robert Pitt Drive<br>Monsey, NY 10952 | EZP Inc.<br>20-D Robert Pitt Drive<br>Monsey, NY 10952 | | | 1,788.20 |
| Equifax Credit Markt Serv<br>POB 945510<br>Atlanta, GA 30394-5510 | Equifax Credit Markt Serv<br>POB 945510<br>Atlanta, GA 30394-5510 | | | 1,751.26 |
| Global Crossing<br>c/o Weil Gotshal et al<br>767 Fifth Avenue<br>New York, NY 10153 | Global Crossing<br>c/o Weil Gotshal et al<br>767 Fifth Avenue<br>New York, NY 10153 | | | 830,045.45 |
| MSCI<br>POB 220<br>West Wareham, MA 02576-0220 | MSCI<br>POB 220<br>West Wareham, MA 02576-0220 | | | 9,000.00 |
| Meyer Rispler & Co.<br>18 Heyward Street<br>Suite 300<br>Brooklyn, NY 11211 | Meyer Rispler & Co.<br>18 Heyward Street<br>Suite 300<br>Brooklyn, NY 11211 | | | 5,350.00 |
| Pitney Bowes Credit Corp<br>POB 856460<br>Louisville, KY 40285-6460 | Pitney Bowes Credit Corp<br>POB 856460<br>Louisville, KY 40285-6460 | | | 17,972.66 |

In re      **Connect Tel Inc.**                                    ,     Case No. _____
                                    Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Platform Experts**<br>1135 E.32nd Street<br>Brooklyn, NY 11210 | **Platform Experts**<br>1135 E.32nd Street<br>Brooklyn, NY 11210 | | | 9,750.00 |
| **Rimberg & Associates, PC**<br>600 Third Avenue<br>New York, NY 10016 | **Rimberg & Associates, PC**<br>600 Third Avenue<br>New York, NY 10016 | | | 2,215.00 |
| **SNET DG Inc.**<br>POB 9076<br>New Haven, CT 06532 | **SNET DG Inc.**<br>POB 9076<br>New Haven, CT 06532 | | | 2,919.04 |
| **Spark Security & Electron**<br>1331 E. 9th Street<br>Brooklyn, NY 11230 | **Spark Security & Electron**<br>1331 E. 9th Street<br>Brooklyn, NY 11230 | | | 6,611.42 |
| **Verizon**<br>201 Stanwix Street<br>6th Floor<br>Pittsburgh, PA 15222 | **Verizon**<br>201 Stanwix Street<br>6th Floor<br>Pittsburgh, PA 15222 | | | 536,148.86 |
| **Verizon**<br>POB 15124<br>Albany, NY 12212-5124 | **Verizon**<br>POB 15124<br>Albany, NY 12212-5124 | | | 1,961.68 |

In re    **Connect Tel Inc.**                                    ,    Case No. _____
                              Debtor

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **WCBS AM**<br>**POB 33103**<br>**Newark, NJ 07188-0103** | **WCBS AM**<br>**POB 33103**<br>**Newark, NJ 07188-0103** | | | 59,758.35 |
| **Wiley Rein & Fielding LLP**<br>**1776 K Street NW**<br>**Washington, DC 20006** | **Wiley Rein & Fielding LLP**<br>**1776 K Street NW**<br>**Washington, DC 20006** | | | 7,070.16 |
| **Wolf Block**<br>**212 Locust Street**<br>**Suite 300**<br>**Harrisburg, PA 17101** | **Wolf Block**<br>**212 Locust Street**<br>**Suite 300**<br>**Harrisburg, PA 17101** | | | 2,495.88 |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date    **May 10, 2004**                            Signature **/s/ Avraham Liebler**
                                                              **Avraham Liebler**
                                                              **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of New York

In re **Connect Tel Inc.**

Debtor(s)

Case No.

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   | | |
   |---|---|
   | For legal services, I have agreed to accept | $ **25,000.00** |
   | Prior to the filing of this statement I have received | $ **25,000.00** |
   | Balance Due | $ **0.00** |

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:
   **Fee is a retainer only. The Debtor is responsible for additional fees after retainer has been exhausted.**

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated: **May 10, 2004**

/s/ Mark Frankel 8417
**Mark Frankel 8417**
**Backenroth Frankel & Krinsky, LLP**
**489 Fifh Avenue**
**New York, NY 10017**
**212-593-1100   Fax: 212-644-0544**

# United States Bankruptcy Court
## Eastern District of New York

In re  **Connect Tel Inc.**  
Debtor

Case No. _____

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Avraham Lieber**<br>c/o 1575 50th St<br>Brooklyn, NY 11219 | | | **50%** |
| **Isaac Honig**<br>c/o 1575 50th St<br>Brooklyn, NY 11219 | | | **50%** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **May 10, 2004**          Signature  **/s/ Avraham Liebler**  
                                           **Avraham Liebler**  
                                           **President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

Copyright (c) 1996-2003 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of New York

In re **Connect Tel Inc.**  
                Debtor(s)

Case No.  
Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **May 10, 2004**  
**/s/ Avraham Liebler**  
**Avraham Liebler**/**President**  
Signer/Title

Date: **May 10, 2004**  
**/s/ Mark Frankel 8417**  
Signature of Attorney  
**Mark Frankel 8417**  
**Backenroth Frankel & Krinsky, LLP**  
**489 Fifh Avenue**  
**New York, NY 10017**  
**212-593-1100   Fax: 212-644-0544**

Academy Systems Inc.
1343 E. 10th Street
Brooklyn, NY 11230


Admor's Officeworld INc.
1008 39th Street
Brooklyn, NY 11219


Aerobeep & Voicemail Serv
244 Fifth Avenue
Second Floor
New York, NY 10001


Cablevision Advertising
1111 Stewart Avenue
Bethpage, NY 11714


CacheQuest/Am Agencies
250 W. Center
Suite 320
Provo, UT 84601


Carol Itzkowitz
244 Madison Avenue
Suite 3C
New York, NY 10016


CCH Incorporated
POB 4307
Carol Stream, IL 60197-4307


CCMI


Con Edison
Jaf Station
POB 1702
New York, NY 10116-1702


Dollar Phone Corp.
232 Broadway
Brooklyn, NY 11211

Equifax Credit Markt Serv
POB 945510
Atlanta, GA 30394-5510


EZP Inc.
20-D Robert Pitt Drive
Monsey, NY 10952


Global Crossing
c/o Weil Gotshal et al
767 Fifth Avenue
New York, NY 10153


Meyer Rispler & Co.
18 Heyward Street
Suite 300
Brooklyn, NY 11211


MSCI
POB 220
West Wareham, MA 02576-0220


Office Team
12400 Collection Ctr Driv
Chicago, IL 60693


Pitney Bowes Credit Corp
POB 856460
Louisville, KY 40285-6460


Pitney Bowes Inc.
POB 856390
Louisville, KY 40285-6390


Platform Experts
1135 E.32nd Street
Brooklyn, NY 11210


Prestige Computer Service
1857 E.28th Street
Brooklyn, NY 11229


Ram's Bottled
111-06 101 Avenue
South Richmond Hill, NY 11419

Rimberg & Associates, PC
600 Third Avenue
New York, NY 10016


RSA Security INc.
POB 26555
New York, NY 10087-6555


SNET DG Inc.
POB 9076
New Haven, CT 06532


Spark Security & Electron
1331 E. 9th Street
Brooklyn, NY 11230


Telcordia Technologies
Church Street Station
POB 6334
New York, NY 10249


Verizon
201 Stanwix Street
6th Floor
Pittsburgh, PA 15222


Verizon
POB 15124
Albany, NY 12212-5124


VoiceLog LLC
7901 H Beechcraft Ave
Gaithersburg, MD 20879


WCBS AM
POB 33103
Newark, NJ 07188-0103


Wiley Rein & Fielding LLP
1776 K Street NW
Washington, DC 20006

Wolf Block
212 Locust Street
Suite 300
Harrisburg, PA 17101